# United States District Court

WESTERN DISTRICT OF WASHINGTON

DEL BIRMINGHAM,

        Plaintiff,

        v.

JO ANNE B BARNHART,
Commissioner of Social Security,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C06-5413JKA

| | | |
|---|---|---|
| ___ | **Jury Verdict**. | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| √ | **Decision by Court**. | This action came to consideration before the Court. The issues have been considered and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED

    Court AFFIRMS the Social Security Administration's final decision and this matter is DISMISSED in favor of the defendant.

January 19, 2007  
Date

BRUCE RIFKIN  
District Court Executive

s/Kelly A Miller  
By Kelly A Miller, Deputy Clerk